FILED

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-21-0059

STATE OF MONTANA, )
)
Plaintiff and Appellee, )
)
v. )
)
THOMAS RICHARD FERRIS )
)
Defendant and Appellant. )
)

**ORDER**

FILED

SEP 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of the motion by Defendant and Appellant

Thomas Richard Ferris for an extension of time until December 13, 2021 in

which to file and serve his opening brief in this matter because his counsel

was involved in an accident and is now in a 12 week post-concussion

protocol and is unable to attend to his legal practice at this time. There

being no objection from the State of Montana;

It is hereby ORDERED that Defendant and Appellant's opening brief

shall be filed and served by December 13, 2021. The Clerk is directed to

mail true copies of this order to all parties of record.

DATED this 21 day of September, 2021.

By: _____
Chief Justice